**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Carlos MATA GALVEZ, Defendant— Appellant.**

**No. 04–50131.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

As Amended on Denial of Rehearing Oct. 21, 2005.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suit-

Daniel N. Shallman, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Phillip A. Trevino, Esq., Law Offices of Phillip A. Trevino, Los Angeles, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges.

## MEMORANDUM **

Carlos Mata Galvez appeals his conviction and 21–month sentence imposed following a guilty plea to conspiracy, in violation of 18 U.S.C. § 371, and fraud and misuse of entry documents, in violation of 18 U.S.C. § 1546.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Galvez has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Galvez has not filed a pro se supplemental brief. The government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Jennifer Galberth, Seattle, WA, Pro se.

Steven G. Phillips, Esq., Law Offices of Jay Carey, Arlington, WA, for Defendants—Appellees.

Carl Livingston, Seattle, WA, Pro se.

\* The Clerk is directed to change the caption to reflect that the State of Washington is also a Defendant—Appellee.

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.